# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| U4BC | 09861191 | Olson | 886 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 11/23/2024 1530 | 43 CFR 8365.1-5(a)(1) |

Place of Offense: Blue Hills Rd. 38.756903 -109.827977

Offense Description: Factual Basis for Charge
Willfully disturbing or removing scientific or natural objects

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| Tucker | Trevor | W |

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 1Z4RN | UT | 06 | Lincoln/Navigator | | White |

APPEARANCE IS REQUIRED — A ☒ If Box A is checked, you must appear in court.

APPEARANCE IS OPTIONAL — B ☐ If Box B is checked...

YOUR COURT DATE
Court Address: 125 E Center St., Moab UT 84532
Date: 11/7/25  Time: 10 am

X Defendant Signature: [signature]

*09861191*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 11/23, 2024 while exercising my duties as a law enforcement officer in the Federal District of Utah

*Please see attachment*

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/15/2025  [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date  U.S. Magistrate Judge